**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X

**SHARKSHOCK LLC,**

        Plaintiff,

-against-

**ALLSTAR PRODUCTS GROUP, LLC,**

        Defendant.

---------------------------------------------------------------- X

Case No.: 1:19-CV-01487
(MKB)(VMS)

**SECOND STIPULATED REQUEST TO EXTEND TIME TO ANSWER**

The undersigned does by this document respectfully state that Counsel for Plaintiff and Defendant have conferred, and the parties have reached a resolution in principle and that additional time is required to provide for the orderly disposition of the same.

Accordingly, Plaintiff respectfully requests for an extension of time for Defendant to Answer or otherwise Respond and it is hereby requested that the time for Defendant ALLSTAR PROUDCTS GROUP, LLC to answer or otherwise respond to the Complaint is hereby extended until June 26, 2019 or until such other time as the court may order. This is the second request for an extension of time for Defendant to respond to the complaint.

Dated: <u>June 12, 2019</u>

SO ORDERED:
June _____, 2019

_____
 Margo K. Brodie, U.S.D.J.

**THE MARTINEZ GROUP PLLC**

By: <u>/Frank J. Martinez/</u>
Frank J. Martinez (FJM-2149)
55 Poplar Street, Suite 1-D
Brooklyn, New York 11201
Tel: (718) 797-2341
FM@martinezgroup.com
*Counsel for Sharkshock LLC*

{00029822 v.1}

## AFFIDAVIT OF SERVICE

I hereby certify that a true copy of the foregoing document, Second Stipulated Request for Extension of Time to Answer was served on June 12, 2019 by electronic mail only to:

Don Beshada
Beshada Farnese LLP
108 Wanaque Avenue
Pompton Lakes, New Jersey 07442
dbeshada@gmail.com
*Attorney for Defendant*
*ALLSTAR PRODUCTS GROUP, LLC*

Date: June 12, 2019                     By: /Frank J. Martinez/
                                                                     Frank J. Martinez